UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

XIAO YU CHEN, *et al.*,

               Plaintiffs,

     v.

CLOVER PARK SCHOOL DISTRICT NO. 400, *et al.*,

               Defendants.

CASE NO. 3:22-cv-05114-BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura and the remaining record, and no objections having been filed, orders:

    (1) The Court adopts the report and recommendation.

    (2) Plaintiff Celebrity Access Transport is dismissed from this action without prejudice pursuant to Local Civil Rule 83.2(b)(4).

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1    Dated this 14th day of July, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2