UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| XIAO YU CHEN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CLOVER PARK SCHOOL DISTRICT NO 400, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 3:22-cv-05114-BHS-JRC<br><br>ORDER DENYING MOTION TO EXPEDITE |

　　This matter is before the Court on referral from the district court and on plaintiffs' "motion for immediate trial." Dkt. 32. Defendants did not respond to the motion.

　　Plaintiffs, proceeding *pro se*, state that they are "prepared and ready for trial" and that they "need a trial now." Dkt. 32 at 1, 3. Plaintiffs cite to Revised Code of Washington (RCW) 12.40.030 as the basis for their motion. *See* Dkt. 32 at 1. However, that statute concerns small claims in state court. *See* RCW 12.40. Plaintiffs are reminded that they are in federal court and must abide by the Federal Rules of Civil Procedure. Further, there is no date currently set for trial. The pretrial scheduling order in this matter states that a trial date will be set by the assigned

District Judge, the Honorable Benjamin H. Settle, if the case is not resolved by motion or settlement. *See* Dkt. 26 at 1. The dispositive motion deadline in this matter is set for December 16, 2022. *See id.* at 2. The Court sees no reason to depart from the pretrial scheduling order.

Accordingly, the Court denies plaintiffs' motion to expedite the trial. Dkt. 32.

Dated this 31st day of August, 2022.

J. Richard Creatura
Chief United States Magistrate Judge